UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON S. FLORES, <br><br> Plaintiff, <br><br> vs. <br><br> MOUNIR KARDOSH AND NAZARETH ENTERPRISES, INC., <br><br> Defendant(s). | Case No.: 11-CV-4511 YGR <br><br> **CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to the Court's Order of February 29, 2012, setting forth a tentative scheduling order, and having received no objections thereto, the Court sets the following dates in this matter:

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, June 4, 2012, at 2:00 p.m. |
| REFERRED TO ADR for Mediation to occur by | April 30, 2012 |
| NON-EXPERT DISCOVERY CUTOFF: | June 1, 2012 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: June 8, 2012 |
| | Rebuttal: June 22, 2012 |
| EXPERT DISCOVERY CUTOFF: | July 6, 2012 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | July 10, 2012 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| JOINT PRETRIAL CONFERENCE STATEMENT: | August 10, 2012 |
| PRETRIAL CONFERENCE: | Friday, August 24, 2012, at 9:00 a.m. |
| TRIAL DATE: | Monday, September 10, 2012, at 8:30 a.m. (Jury Trial) |
| TRIAL LENGTH: | 4 days |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: March 6, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**