UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON S. FLORES,<br><br>    Plaintiff,<br><br>vs.<br><br>MOUNIR KARDOSH AND NAZARETH ENTERPRISES, INC.,<br><br>    Defendants. | Case No.: 11-CV-4511 YGR<br><br>**ORDER DENYING REQUEST TO EXTEND DEADLINES** |

The Court is in receipt of the parties' Updated Joint Case Management Statement filed May 25, 2012. The Court will not grant the requested extension of dates and deadlines as the Court's calendar will not permit a 60-90 day extension.

However, if the parties wish to consent for all purposes to a magistrate judge who may be able to accommodate the requested trial date, they should meet and confer prior to the case management conference on June 4, 2012, to discuss whether their clients will consent and to whom. The Court will accept requests for referral to a specific magistrate judge or magistrate judges. Profiles of all magistrate judges are available on the Court's website at http://cand.uscourts.gov/judges and in the brochure, CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA (.pdf), also available on the Court's website.

**IT IS SO ORDERED.**

Dated: May 30, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**