1
2
3
4

TOMAS E. MARGAIN, (SBN 193555)
DAL BON & MARGAIN APC
28 NORTH 1ST SUITE 700
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728
margainlaw@hotmail.com

5

Attorneys for Plaintiff JASON FLORES

6
7
8
9
10
11

KASSRA P. NASSIRI (SBN 215405)
MICHAEL P. DILLINGHAM (SBN 244086)
NASSIRI & JUNG LLP
47 KEARNY ST., SUITE 700
SAN FRANCISCO, CA 94108
TEL: (415) 762-3100
FAX: (415) 534-3200
knassiri@nassiri-jung.com
mdillingham@nassiri-jung.com

12
13

Attorneys for Defendants MOUNIR KARDOSH
and NAZARETH ENTERPRISES, INC.

14
15

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

16

JASON S. FLORES,

Case No.:  CV11-04511 YRG

17

       Plaintiff,

18

       vs.

ORDER ON
**STIPULATION TO DISMISS WITH
PREJUDICE WITH COURT TO RETAIN
JURISDICTION FOR NINETY (90)
DAYS;** [PROPOSED] ORDER

19
20

MOUNIR KARDOSH; and NAZARETH
ENTERPRISES, INC.

21

       Defendants.

22
23
24

       Plaintiff JASON S. FLORES and Defendants MOUNIR KARDOSH; and NAZARETH

ENTERPRISES, INC.(collectively, "Defendants") through their attorneys of record hereby

submit the following stipulation.

25
26
27

       1.       The parties have executed a written settlement agreement which disposes of all

               claims in this matter;

28

2.    The settlement agreement calls for consideration to be paid over a sixty day

period; and

3.    The parties desire to have this matter dismissed with prejudice but to have the

Court exercise jurisdiction over the settlement.


**FOR PLAINTIFF**                    **DAL BON & MARGAIN**

DATED:    _____June 20, 2012_____    By:  //s// Tomas E. Margain
                                             **Tomas E. Margain**


**FOR DEFENDANTS**                    **NASSIRI & JUNG LLP**

DATED:    _____June 20, 2012_____    By:  //s// Michael P. Dillingham
                                             **Michael P. Dillingham**
                                             Attorneys for Defendants
                                             MOUNIR KARDOSH and
                                             NAZARETH ENTERPRISES, INC

1

**ORDER**

2          **PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS HEREBY**

3   **ORDERED** that this case be Dismissed with prejudice.  However, the Court retains jurisdiction

4   of this matter for the purposes of enforcing the settlement agreement for a period of no more

5          ninety (90) days from the date of entry of this order.

6          **PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS SO**

7   **ORDERED.**

8

     Dated:  July 5, 2012

9                                                            _____
                                                             YVONNE GONZALEZ ROGERS
10                                                           UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28