TOMAS E. MARGAIN, (SBN 193555)
DAL BON & MARGAIN APC
28 NORTH 1ST SUITE 700
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728
margainlaw@hotmail.com

Attorneys for Plaintiff JASON FLORES


KASSRA P. NASSIRI (SBN 215405)
MICHAEL P. DILLINGHAM (SBN 244086)
NASSIRI & JUNG LLP
47 KEARNY ST., SUITE 700
SAN FRANCISCO, CA 94108
TEL: (415) 762-3100
FAX: (415) 534-3200
knassiri@nassiri-jung.com
mdillingham@nassiri-jung.com

Attorneys for Defendants MOUNIR KARDOSH
and NAZARETH ENTERPRISES, INC.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON S. FLORES,<br><br>    Plaintiff,<br><br>    vs.<br><br>MOUNIR KARDOSH; and NAZARETH ENTERPRISES, INC.<br><br>    Defendants. | Case No.: CV11-04511 YRG<br>ORDER ON<br>**STIPULATION TO DISMISS WITH PREJUDICE WITH COURT TO RETAIN JURISDICTION FOR NINETY (90) DAYS; [PROPOSED] ORDER** |

Plaintiff JASON S. FLORES and Defendants MOUNIR KARDOSH; and NAZARETH ENTERPRISES, INC.(collectively, "Defendants") through their attorneys of record hereby submit the following stipulation.

1. The parties have executed a written settlement agreement which disposes of all claims in this matter;

2. The settlement agreement calls for consideration to be paid over a sixty day period; and

3. The parties desire to have this matter dismissed with prejudice but to have the Court exercise jurisdiction over the settlement.

**FOR PLAINTIFF**              **DAL BON & MARGAIN**

DATED:   June 20, 2012         By: //s// Tomas E. Margain
                                   **Tomas E. Margain**

**FOR DEFENDANTS**             **NASSIRI & JUNG LLP**

DATED:   June 20, 2012         By: //s// Michael P. Dillingham
                                   **Michael P. Dillingham**
                                   Attorneys for Defendants
                                   MOUNIR KARDOSH and
                                   NAZARETH ENTERPRISES, INC

**ORDER**

**PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that this case be Dismissed with prejudice.  However, the Court retains jurisdiction of this matter for the purposes of enforcing the settlement agreement for a period of no more ninety (90) days from the date of entry of this order.

**PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  July 5, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE